CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
 Attorneys for Plaintiff

JOHN R. CONIGLIO(SBN: 210342)
john@conigliolawyer.com
LAW OFFICES OF JOHN R. CONIGLIO
490 Calle Principal
Monterey, California 93940
Telephone: (831) 373-3151
Facsimile: (831) 373-3157
Attorneys for Defendant
Ling Liu

DANA M. ANDREOLI
dandreoli@steyerlaw.com
STEYER LOWENTINAL BOODROOKAS ALVAREZ & SMITH LLP
235 Pine Street, Fifteenth Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Attorneys for Defendants
San Bruno Towne Center Partnership and Landmark Towne Center, LLC

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>        Plaintiff,<br><br>    v.<br><br>SAN BRUNO TOWNE CENTER PARTNERSHIP, a California General Partnership; LANDMARK TOWNE CENTER, LLC, a Delaware Limited Liability Company; LING LIU<br><br>        Defendants. | Case: 3:21-cv-4120-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

1

## **STIPULATION**

2

3     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and

4 between the parties hereto that this action may be dismissed with prejudice

5 as to all parties; each party to bear his/her/its own attorneys' fees and costs.

6 This stipulation is made as the matter has been resolved to the satisfaction of

7 all parties.

8

9 Dated: December 22, 2021     CENTER FOR DISABILITY ACCESS

10

11                            By: /s/Amanda Seabock
                                 Amanda Seabock

12                                  Attorneys for Plaintiff

13 Dated:                      LAW OFFICES OF JOHN R. CONIGLIO

14                            By: _____

15                                   John R. Coniglio
                                Attorneys for Defendant

16                            Ling Liu

17 Dated: December 22, 2021     STEYER LOWENTINAL BOODROOKAS
                         ALVAREZ & SMITH LLP

18                          By: /s/ Dana M. Andreoli

19                                  Dana M. Andreoli
                                 Attorneys for Defendants

20                                  San Bruno Towne Center Partnership
                                 and Landmark Towne Center, LLC

21

22

23

24

25

26

27

28

1

2   **STIPULATION**

3       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

4   parties hereto that this action may be dismissed with prejudice as to all parties;

5   each party to bear his/her/its own attorneys' fees and costs. This stipulation is

6   made as the matter has been resolved to the satisfaction of all parties.

7

8   Dated:                           CENTER FOR DISABILITY ACCESS

9

10                                      By: _____

11                                             Amanda Seabock
                                               Attorneys for Plaintiff

12  Dated: 12/22/21         LAW OFFICES OF JOHN R. CONIGLIO

13                                      By: _____

14                                             John R. Coniglio
                                               Attorneys for Defendant

15                                           Ling Liu

16

17  Dated:                           STEYER LOWENTINAL BOODROOKAS
                                      ALVAREZ & SMITH LLP

18                                      By: _____

19                                             Dana M. Andreoli
                                               Attorneys for Defendants

20                                             San Bruno Towne Center Partnership
                                             and Landmark Towne Center, LLC

21

22

23

24

25

26

27  **SIGNATURE CERTIFICATION**

28

2

Joint Stipulation for Dismissal             Case: 3:21-cv-4120-TSH

1
2

**<u>SIGNATURE CERTIFICATION</u>**

3   I hereby certify that the content of this document is acceptable to John R.

4   Coniglio and Dana M. Andreoli counsel's for Ling Liu, San Bruno Towne

5   Center Partnership and Landmark Towne Center, LLC, respectively,  and

6   that I have obtained Mr. Coniglio's and Ms. Andreoli's authorization to affix

7   their electronic signature to this document.

8

9   Dated: December 22, 2021        CENTER FOR DISABILITY ACCESS

10
                                   By: /s/ Amanda Seabock
11                                       Amanda Seabock
12                                       Attorneys for Plaintiff

13

14
15
16
17                                  
18
19
20
21   DATED:  December 23, 2021
22
23
24
25
26
27
28

Joint Stipulation for Dismissal            Case: 3:21-cv-4120-TSH